UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ELAINE CHAMBERS, ET AL., | ) | CASE NO.1:06CV2990 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| COUNTRYWIDE HOME LOANS, INC. | ) | ORDER |
| | ) | |
| Defendant. | ) | |

## CHRISTOPHER A. BOYKO, J:

This matter is before the Court on the Court's Order of January 26, 2007, requiring Plaintiffs show cause why their case should not be dismissed for failure to prosecute. Plaintiffs failed to participate in the Federal Rule of Civil Procedure 26(f) Report of Parties Planning Meeting. Plaintiff and Plaintiff's counsel then failed to appear for the case management conference on January 25, 2007, after having been duly noticed. On January 26, 2007, the Court issued a Show Cause Order requiring Plaintiffs demonstrate good cause for their failure to abide by Rule 26 and failure to appear at the Court ordered CMC. The Show Cause Order expressly warned Plaintiffs that failure to show good cause would result in dismissal of their claims. Plaintiffs failed to respond by the Court ordered due date of February 1, 2007. Plaintiffs have not

sought an extension of time and have failed to respond in any manner to the Court's Orders. Therefore, pursuant to Fed. R. Civ. P. 41(b) and this Court's Show Cause Order, the Court dismisses, without prejudice, Plaintiffs' claims against Defendant.

IT IS SO ORDERED.

2/2/07
Date

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge

**FILED**

FEB -2 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND